# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:22-CR-59 |
| -vs- | : | Magistrate Judge Peter B. Silvain, Jr. |
| FADEL ALQUARAISH, | : | |
| Defendant. | : | |

## ORDER FOR DISMISSAL

Defendant failed to appear for a scheduled arraignment on September 7, 2022.  Upon the Government's Oral Motion to Dismiss, the case is hereby DISMISSED.

September 7, 2022

                                                           *s/Peter B. Silvain, Jr.*
                                                           Peter B. Silvain, Jr.
                                                  United States Magistrate Judge